

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00337-CR

Luis **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 628896
Honorable Timothy Johnson, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due June 27, 2022. The record has not been filed. On June 27, the court reporter, Yvonne S. Nino, filed a notice of late record stating that her "other duties or activities preclude working on the record" and that she anticipated the record would be complete by July 29, 2022.

We **grant in part** the motion and **order** Ms. Nino to file the record by **July 27, 2022**. The reporter is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court